UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Clarence Woods,

         Plaintiff,

  -vs-

Jo Anne B. Barnhart,
Commissioner of Social Security,

         Defendant.
_____/

CIVIL NO. 06-11828

Judge Paul D. Borman

Magistrate Judge Steven D. Pepe

## ORDER OF REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Upon consideration of the Commissioner's Uncontested Motion to Remand, IT IS HEREBY ORDERED that this case be remanded to the Commissioner, Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings before an administrative law judge.

IT IS SO ORDERED.

                                    s/Paul D. Borman
                                    PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE

Dated: November 7, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 7, 2006.

s/Denise Goodine
Case Manager